# Exhibit A

```
          TRANSMISSION VERIFICATION REPORT

                                        TIME  : 08/30/2010 09:21
                                        NAME  : ECLG SEND
                                        FAX   : 2
                                        TEL   : 3124190015
                                        SER.# : BROL9J992598


  DATE,TIME              08/30  09:20
  FAX NO./NAME           17575540586
  DURATION               00:00:37
  PAGE(S)                01
  RESULT                 OK
  MODE                   STANDARD
```

# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603-3403
(312) 739-4200
(800) 644-4673
(312) 419-0379 (FAX)
Email: info@edcombs.com
www.edcombs.com

August 30, 2010

**REDACTED**

**VIA FACSIMILE:** (757) 554-0586

Portfolio Recovery Associates
120 Corporate Boulevard
Norfolk, VA 23502

      Re:  Jeff Janicki, ▮▮▮▮▮▮▮▮▮, ▮▮▮▮; ▮ ▮▮▮▮▮or ▮▮▮▮▮▮

Ladies/ Gentlemen:

      Please cease all communication with the above client, for any reason.

Sincerely,

# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603-3403
(312) 739-4200
(800) 644-4673
(312) 419-0379 (FAX)
Email: info@edcombs.com
www.edcombs.com

August 30, 2010

VIA FACSIMILE: (757) 554-0586

Portfolio Recovery Associates
120 Corporate Boulevard
Norfolk, VA 23502

    Re:    Jeff Janicki, ████████████., ████████ tel. ████████ or ████████

Ladies/ Gentlemen:

    Please cease all communication with the above client, for any reason.

Sincerely,

/s/

Daniel A. Edelman

REDACTED