## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
## Eastern Division

Jeff Janicki

                        Plaintiff,

v.                                                       Case No.: 1:10−cv−05850
                                                        Honorable David H. Coar

Portfolio Recovery Associates, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 16, 2010:

        MINUTE entry before Honorable David H. Coar:Attorney for the plaintiff, Zack Jacobs, advised telephonically that the case is settled. The status date of 11/17/2010 is stricken. Status hearing reset for 11/22/2010 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.