**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1
Eastern Division**

Jeff Janicki
                                      Plaintiff,

v.                                                                        Case No.: 1:10−cv−05850
                                                                              Honorable David H. Coar

Portfolio Recovery Associates, LLC
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 22, 2010:

      MINUTE entry before Honorable David H. Coar:Status hearing held on 11/22/2010. Counsel appeared and advised the Court of settlement. Status hearing continued 12/16/2010 at 09:00 AM. so that settlement can be concluded. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.