IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFF JANICKI, | ) | |
| | ) | |
| Plaintiff, | ) | 10-cv-5850 |
| | ) | |
| vs. | ) | Judge Coar |
| | ) | Magistrate Judge Brown |
| PORTFOLIO RECOVERY | ) | |
| ASSOCIATES, | ) | |
| LLC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses his claims in the present matter.

s/Zachary A. Jacobs
Zachary A. Jacobs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

**CERTIFICATE OF SERVICE**

      I, Zachary A. Jacobs, hereby certify that on December 15, 2010, I caused to be filed the foregoing documents via the CM/ECF System, and sent a copy via U.S. Mail to the following:

Kevin M. Duffan
Associate Counsel
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502

                                                    s/Zachary A. Jacobs
                                                    Zachary A. Jacobs