# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5850 | **DATE** | 12/16/2010 |
| **CASE TITLE** | Janicki vs. Portfolio Recovery Associates, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to the Notice of Voluntary Dismissal [11], this action is dismissed. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|